DENNIS K. BURKE
United States Attorney
District of Arizona
ELIZABETH A. WILSON
Assistant U.S. Attorney
Arizona State Bar No. 017087
Financial Litigation Unit
405 W. Congress Street, Suite 4900
Tucson, Arizona  85701-5040
Telephone:  (520) 620-7300
Elizabeth.Wilson2@usdoj.gov
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Sheldon Player,<br><br>　　　　Defendant. | CR 86-00081-PHX-RCB<br><br>**UNITED STATES' RESPONSE TO MOTION TO COMPEL** |

The United States of America, by and through undersigned counsel, hereby responds to the Motion to Compel (doc. 42) filed on August 16, 2011 by William Brandt, Plan Administrator of EAR, debtor in a Chapter 11 bankruptcy.  This Response is supported by the accompanying Memorandum of Points and Authorities and all matters of record.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**A.  BACKGROUND**

On December 21, 1988, a Judgment in a Criminal Case ("Judgment") was entered pursuant to a guilty plea by Defendant. The Judgment provided that Defendant make restitution to Greyhound Financial Corporation in the amount of $500,000. On June 6, 2008, Defendant made final payment on the balance of the restitution judgment.  Payment was made to the Clerk of the Court, who in turn, disbursed the monies to the victim of record.

**B. LEGAL ARGUMENT**

    1. APPLICABLE LAW TO RESTITUTION ORDERED.

    Defendant was sentenced pursuant to the The Victim and Witness Protection Act of 1982 (VWPA), Pub.L. No. 97–291, § 5 [1/]. The VWPA was amended as part of the Sentencing Reform Act of 1984, Pub.L. No. 98–473, title II, ch. II, § 212, to enhance the power of the United States to use federal fine collection statutes to collect restitution. The amendment authorized the United States to enforce restitution orders "in the manner provided for the collection and payment of fines" under 18 U.S.C. § 3613. 18 U.S.C. § 3663(h)(1)(A). Section 3663(h)(1)(A) allows the Government to utilize all methods of collection provided for in Title 18, chapter 229, subchapter B and one of those methods creates a lien on the fined person's property that does not expire for twenty years. *See* 18 U.S.C. § 3613(a) and (b)(1). Accordingly, on the date of the final payment made by Defendant, the United States had a lien on all of Defendant's property and rights to property, including ownership interest in EAR.

    2. VICTIM

    Greyhound Financial was the original victim listed in the Judgment. On January 26, 1995, Greyhound Financial Corporation changed its name to Finova Capital Corporation ("Finova") [2/] and thereafter, all restitution distributions were made payable to Finova.

    On March 7, 2001, in the District of Delaware, Finova filed a voluntary petition under Chapter 11 of the Bankruptcy Code thereby commencing *In re Finova Capital Corporation*, Case No. 01-00698. On December 14, 2009, a Motion for Final Decree (doc. 292, BK-01-00698) was filed in the bankruptcy case indicating that the Chapter 11 Plan had been substantially consumated. Attached as Exhibit A to the Motion for Final Decree, was a

---

    [1/] *See Hughey v. United States*, 495 U.S. 411, 413 n. 1, 110 S.Ct. 1979, 109 L.Ed.2d 408 (1990).

    [2/] January 26, 1995, Form 8-K filed with the Securities and Exchange Commission.

1  Certificate of Dissolution of Finova Captial Corporation stating that the Board of Directors
2  had authorized dissolution of Finova, effective November 16, 2009.  Accordingly, because
3  Finova had not yet been dissolved and continued operations, the final restitution
4  distribution was made to Finova.

6      Respectfully submitted this 19th day of August, 2011.

                                    DENNIS K. BURKE
                                  United States Attorney
                                  District of Arizona

                                  */s Elizabeth A. Wilson*
                                  Elizabeth A. Wilson
                                  Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2011 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David D. Cleary
Peter W. Sorensen
Greenberg Traurig, LLP
2375 East Camelback Road
Phoenix, Arizona 85016

*s/Lisa Startup*